**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

| | |
|---|---|
| DELAWARE RIVERKEEPER NETWORK, CLEAN AIR COUNCIL, DAVID DENK, JENNIFER CHOMICKI, AND JOANN GROMAN, | : No. 248 WAL 2019<br>:<br>:<br>:<br>: Petition for Allowance of Appeal<br>: from the Order of the<br>Petitioners      : Commonwealth Court<br>:<br>:<br>v.            :<br>:<br>:<br>MIDDLESEX TOWNSHIP ZONING  :<br>HEARING BOARD,      :<br>:<br>Respondent    :<br>:<br>:<br>v.            :<br>:<br>:<br>PENNENERGY RESOURCES, LLC,  :<br>MIDDLESEX TOWNSHIP, AND ROBERT  :<br>G. GEYER,       :<br>:<br>Respondent    : |

## ORDER

**PER CURIAM**

     **AND NOW**, this 26th day of December, 2019, the Petition for Allowance of Appeal is **DENIED**.